UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLEE VEN HOUSEN and
STATE FARM AUTO INSURANCE COMPANY
OF BLOOMINGTON, ILLINOIS,

    Plaintiffs,

  v.                                  Case No. 20-CV-1097

WINNEBAGO INDUSTRIES, INC.
MERCEDES-BENZ USA, LLC, and
RV WORLD INC OF NOKOMIS d/b/a
GERZENYS RV WORLD,

    Defendants.

## DECISION AND ORDER ON DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND ON PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT

Kimberlee Ven Housen sues Winnebago Industries, Inc., RV World, Inc. of Nokomis d/b/a Gerzeny's RV World, and Mercedes-Benz USA, LLC for damages stemming from an allegedly defective Winnebago RV she purchased on June 14, 2017. (Compl., Docket # 1-1.) In Count III of her complaint, Ven Housen alleges that Winnebago breached its implied warranty of merchantability and in Count VIII of her complaint, Ven Housen alleges that Winnebago also breached a specific warranty issued to her at the time of purchase. (*Id.* ¶¶ 29–33, 61–65.) Ven Housen references in her complaint and attaches as Exhibit B the alleged warranty Winnebago breached. (*Id.* ¶ 62, Ex. B.) The attached warranty states that a claim for breach of the warranty must be initiated within 15 months from the date of purchase. (Compl., Ex. B, Docket #1-1 at 35.)

Winnebago subsequently moved to dismiss both Count III and Count VIII of Ven Housen's complaint as time-barred because 15 months from the June 14, 2017 date of purchase is September 14, 2018. (Def.'s Br., Docket # 16.) Ven Housen, however, did not file suit until June 12, 2020. (Docket # 1-1.)

Ven Housen responded to Winnebago's motion for partial dismissal, arguing that she inadvertently attached to her initial complaint as Exhibit B a "2018 New Vehicle Limited Warranty" which does not apply to the 2017 vehicle that is the subject of this litigation. (Pl.'s Mot. to Am. ¶ 3, Docket # 26.) Ven Housen states that in lieu of responding to Winnebago's motion to dismiss, she seeks leave to file an amended complaint amending the factual background and claims against Winnebago. (*Id.* ¶ 4.) Ven Housen represents that Winnebago does not object to the filing of the amended complaint. (*Id.* ¶ 7.)

Thus, I will grant Ven Housen leave to file an amended complaint and find Winnebago's motion for partial dismissal moot.

### ORDER

**NOW, THEREFORE, IT IS ORDERED** that Ven Housen's motion for leave to file an amended complaint (Docket # 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Winnebago's motion for partial dismissal of the warranty claims (Docket # 15) is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin this 17th day of September, 2020.

BY THE COURT

*[signature: Nancy Joseph]*

NANCY JOSEPH
United States Magistrate Judge