UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KIMBERLEE VEN HOUSEN**,

       Plaintiff,

v.                                                                     Case No. **20-CV-1097**

**WINNEBAGO INDUSTRIES, INC.,
MERCEDES-BENZ USA LLC and RV
WORLD INC. OF NOKOMIS d/b/a
GERZENYS RV WORLD,**

       Defendants.

---

**STATE FARM AUTO INSURANCE COMPANY OF
BLOOMINGTON, ILLINOIS,**

       Plaintiff,

                                                                  Case No. **20-CV-1099**

**KIMBERLEE VEN HOUSEN,**

       Involuntary Plaintiff,

v.

**WINNEBAGO INDUSTRIES, INC. and
MERCEDES-BENZ USA, INC.,**

       Defendants.

## SCHEDULING ORDER

On October 9, 2020 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of plaintiff, Kimberlee Ven Housen was Attorney Christina Phillips; on behalf of plaintiff State Farm Auto Insurance Company of Bloomington Illinois was Attorney Kevin T. Roach. Appearing on behalf of defendants Winnebago Industries, Inc., and RV World

Inc., of Nokomis, *dba* Gerzenys RV World was Attorney Nathaniel Cade, Jr; on behalf of defendant Mercedes-Benz USA LLC was Attorney Jeffrey S. Fertl.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. on or before **October 23, 2020**.

2. The parties may amend pleadings on or before **December 9, 2020**.

3. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **April 1, 2021**. Defendants shall disclose expert witnesses, as well as any crossclaims against codefendants on or before **July 1, 2021**; Defendants shall disclose expert witnesses as it relates to any crossclaims between codefendants by **September 1, 2021**.

4. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **December 1, 2021**.

5. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **January 3, 2022**. Such motions shall not be filed prior to the date of completion of discovery.

6. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

7. If the parties are in need of any assistance, they are directed to contact Courtroom Deputy Amanda Chasteen at 414-297-1831; Amanda_Chasteen@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 9th day of October, 2020.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge