UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

KIMBERLEE VEN HOUSEN,

    Plaintiff,                                           Case No.:  20-CV-1097

v.

WINNEBAGO INDUSTRIES, INC.,
MERCEDES-BENZ USA LLC and RV
WORLD INC. OF NOKOMIS d/b/a
GERZENYS RV WORLD,

    Defendants.

and

---

STATE FARM AUTO INSURANCE COMPANY
OF BLOOMINGTON, ILLINOIS,

    Plaintiff,                                             Case No. 20-CV-1099

KIMBERLEE VEN HOUSEN,

    Involuntary Plaintiff,

v.

WINNEBAGO INDUSTRIES, INC. and
MERCEDES-BENZ USA, INC.,

    Defendants.

---

**DEFENDANT, MERCEDES-BENZ USA, INC.'S,
CROSSCLAIM AGAINST ALL DEFENDANTS**

---

*Now comes* the defendant, Mercedes-Benz USA, Inc. (hereinafter "MBUSA"), and as and for its crossclaim against the defendants, Winnebago, Industries, Inc. (hereinafter "Winnebago"), RV World, Inc. of Nokomis d/b/a Gerzenys RV World (hereinafter "Gerzenys"), alleges and shows to the court as follows:

1. Realleges and incorporates herein by reference as though fully set forth the plaintiffs' Amended Complaint as limited by the Answer and Affirmative Defenses of the defendant, MBUSA.

2. That if it is found that there is joint or sole negligence and/or liability, whether strict or otherwise on the part of the codefendants, Winnebago and/or Gerzenys, then, and in that event, MBUSA will be entitled to contribution and/or indemnity from the codefendants, Winnebago and Gerzenys, in accordance with the laws of the State of Wisconsin.

*Wherefore*, the defendant, Mercedes-Benz USA, LLC, demands judgment against the codefendants, Winnebago, Industries, Inc., RV World, Inc. of Nokomis d/b/a Gerzenys RV World, in an amount to be determined at trial, together with an award of all costs and fees and other relief this court deems just and equitable.

Dated this 9th day of December, 2020.

**s/Jeffrey S. Fertl**
Jeffrey S. Fertl
State Bar No. 1014806
Attorneys for Defendant,
Mercedes-Benz USA, LLC
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Direct Phone#: 414-225-4812
E-mail Address: jfertl@hinshawlaw.com