UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

KIMBERLEE VEN HOUSEN,

       Plaintiff,

v.

WINNEBAGO INDUSTRIES, INC.,
MERCEDES-BENZ USA LLC and RV
WORLD INC. OF NOKOMIS d/b/a
GERZENYS RV WORLD,

       Defendants.

and

Case No.:  20-CV-1097

---

STATE FARM AUTO INSURANCE COMPANY
OF BLOOMINGTON, ILLINOIS,

       Plaintiff,

KIMBERLEE VEN HOUSEN,

       Involuntary Plaintiff,

v.

WINNEBAGO INDUSTRIES, INC. and
MERCEDES-BENZ USA, LLC,

       Defendants.

Case No. 20-CV-1099

---

## MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION
## AND MOTION FOR SUMMARY JUDGMENT

---

**NOW COMES** the defendant, Mercedes-Benz USA, LLC (MBUSA), by its attorneys,

Hinshaw & Culbertson LLP, and moves the Federal District Court for the Eastern District of

Wisconsin, the Honorable Nancy Joseph presiding, as follows:

1.      For an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting

MBUSA summary judgment on all claims and causes of action in the above-captioned matter.

2.    For an order pursuant to Rule 56 of the Federal Rules of Civil Procedure awarding

MBUSA its costs associated with this motion, including attorney's fees.

The grounds for this motion are set forth in the accompanying brief, declarations and

proposed findings of fact, together with the pleadings and other papers already filed in this action.

Dated this 10ᵗʰ day of March, 2022.

*s/Jeffrey S. Fertl*
Jeffrey S. Fertl
State Bar No. 1014806
Andrew P. Trevino
State Bar No. 1097542
Attorneys for Defendant,
Mercedes-Benz USA, LLC
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Fertl Phone#:  414-225-4812
E-mail Address: jfertl@hinshawlaw.com
Trevino Phone#: 414-225-4832
E-mail Address: atrevino@hinshawlaw.com

2

1033274\310271195.v1