# United States District Court

EASTERN DISTRICT OF WISCONSIN

**KIMBERLEE VEN HOUSEN,**
        Plaintiff,

            **JUDGMENT IN A CIVIL CASE**

   v.

            **Case No. 20-CV-1097**

**WINNEBAGO INDUSTRIES, INC.,**
**MERCEDES-BENZ USA LLC and**
**RV WORLD INC. OF NOKOMIS d/b/a**
**GERZENYS RV WORLD,**
        Defendants.

---

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**STATE FARM AUTO INSURANCE COMPANY**
**OF BLOOMINGTON, ILLINOIS**,
        Plaintiff,

**KIMBERLEE VEN HOUSEN**     **JUDGMENT IN A CIVIL CASE**
        Involuntary Plaintiff,
   v.

           Case No. **20-cv-1099**

**WINNEBAGO INDUSTRIES, INC. and**
**MERCEDES-BENZ USA, INC.,**
        Defendants.

---

☑    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Mercedes-Benz USA, LLC and against Kimberlee Ven Housen and State Farm Auto Insurance Company of Bloomington, Illinois.

**IT IS FURTHER ORDERED AND ADJUDGED** that Kimberlee Ven Housen and State Farm Auto Insurance Company of Bloomington, Illinois, shall pay Mercedes-Benz USA, LLC statutory costs in the amount of $3,562.05.

**IT IS FURTHER ORDERED** that this case is **DISMISSED.**

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: September 23, 2022

GINA M. COLLETTI
Clerk of Court

*s/ Ross Miller*
(By) Deputy Clerk